[No. 59373-1-I.   Division One.   June 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JESSE ROSENQUIST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11078-0, George T. Mattson, J., entered January 5, 2007. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Leach, JJ.

[No. 59692-6-I.   Division One.   June 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD L. HOSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-04498-0, James D. Cayce, J., entered March 5, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Lau, JJ.

[No. 59933-0-I.   Division One.   June 23, 2008.]

COLMEX, INC., ET AL., *Respondents*, v. PATRICIA D. HARRIS ET AL., *Defendants*, JUSTIN C. OSEMENE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-12704-6, Richard J. Thorpe, J., entered April 12, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60007-9-I.   Division One.   June 23, 2008.]

LAKEHAVEN UTILITY DISTRICT, *Appellant*, v. PIERCE COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-14031-1, James D. Cayce, J., entered May 10, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Lau, JJ.